# EXHIBIT A

**BayMark Health Services**
Secure Processing Center
P.O. Box 3826
Suwanee, GA 30024



8 1 1859 *****************AUTO**ALL FOR AADC 945
Carole Corralejo

January 8, 2025

Dear Carole Corralejo,

BayMark Health Services, Inc. ("BayMark"), as the parent company of various healthcare facilities, provides administrative services to BAART Antioch (the Facility). We are writing to notify you about an incident that involved some of your information related to some of the services you received from the Facility. This letter explains the incident and the measures we have taken.

**What Happened?**
On October 11, 2024, we learned of an incident that disrupted the operations of some of our IT systems. We immediately took steps to secure our systems, launched an investigation with the assistance of third-party forensic experts, and notified law enforcement. Our investigation determined that an unauthorized party accessed some of the files on BayMark's systems between September 24, 2024 and October 14, 2024. We then initiated a review and analysis of those files.

**What Information Was Involved?**
On November 5, 2024, we determined that these files contained information that varied per patient but could have included your name and one or more of the following: Social Security number, driver's license number, date of birth, services received, dates of service, insurance information, treating provider, and treatment and/or diagnostic information.

**What We Are Doing.**
We are notifying you of this incident to assure you that we take this matter very seriously. To help prevent something like this from happening again, we have implemented additional safeguards and technical security measures to further protect and monitor our systems.

We are offering you a one-year complimentary membership to Equifax Complete™ Premier. This product helps detect possible misuse of your personal information and provides you with identity protection support focused on immediate identification and resolution of identity theft. Equifax Complete™ Premier is completely free to you and enrolling in this program will not hurt your credit score. For more information, including instructions on how to activate your complimentary membership, please see the pages that follow this letter.

**What You Can Do.**
We encourage you to sign up for the complimentary credit monitoring services. Additionally, it is always a good idea to remain vigilant and review statements you receive for suspicious activity. Please review the enclosed *Additional Steps You Can Take*, which contains information about what you can do to safeguard against possible misuse of your information.