**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| CAROLE CORRALEJO, individually and on behalf of those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYMARK HEALTH SERVICES, INC.,<br><br>Defendant. | Case No. 4:25-cv-00174-ALM<br>**LEAD** |
| ROYAL CORRALEJO, on behalf of himself individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BAYMARK HEALTH SERVICES, INC.,<br><br>Defendant. | Case No. 4:25-cv-00180-ALM |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss this action against the above-named Defendant, without prejudice.

Dated: May 6, 2026

Respectfully submitted,

 */s/ Courtney Maccarone*
Courtney Maccarone (admitted *pro hac vice*)
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd, Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100
maccarone@kolawyers.com

Marc H. Edelson (admitted *pro hac vice*)
Liberato P. Verderame (admitted *pro hac vice*)
**Edelson Lechtzin LLP**
411 S. State Street, Suite N300
Newtown, PA 18940
Tel: (215) 867-2399
medelson@edelson-law.com
lverderame@edelson-law.com

*Interim Class Counsel*

## CERTIFICATE OF SERVICE

I certify that, on this 6th day of May 2026, the foregoing was served via ECF on all counsel of record.

*/s/ Courtney Maccarone*

2